RECEIVED

APR 1 5 2010

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN[IA]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
Richard A Hall Pro Se          &    C/o Linda Moran
425 Tricktown Road                  703 Pixel Ave
Bedford PA 15522                    Cresson PA 16630

10 - 101 J

v.

Full name, title, and business address
of each defendant in this action:
1) Officer Thomas Weaver (Swissvale PD)   3) Officer Nugent (Edgewood PD)
   7560 Roslyn ST                            2 Race ST
   Swissvale PA 15218                        Edgewood PA 15218

2) Officer Jim Quinn (Edgewood PD)        4) Swissvale Police Dept.
   2 Race ST                                 7560 Roslyn ST
   Edgewood PA 15218                         Swissvale PA 15218

Use additional sheets, if necessary       5) Edgewood Police Dept.
Number each defendant.                       2 Race ST
                                             Edgewood PA 15218

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.  Where are you now confined? Bedford County Jail
    What sentence are you serving? 30 months - 7 years DUI + Related Charges
    What court imposed the sentence? Bedford County (No connection with this law suit)

II. Previous Lawsuits

    A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved
       in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece
       of paper, using the same outline.)

    1. Parties to this previous lawsuit

       Plaintiffs  N/A

       Defendants  N/A

    2. Court (if federal court, name the district; if state court, name the county) and docket number
       N/A

3. Name of judge to whom case was assigned N/A

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   N/A

5. Approximate date of filing lawsuit N/A

6. Approximate date of disposition N/A

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where? N/A
   When? N/A
   Result: N/A

III. What federal law do you claim was violated? Title 18, U.S.C. § 111, Assault, Excessive use of Force, Police Brutality.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: September 11, 2008

B. Place of event: Swissvale & Edgewood Pennsylvania

C. Persons involved--name each person and tell what that person did to you: 1) Officer Thomas Weaver - Repeatedly rammed his knee into my upper back and punched me in the head, back & face while arresting me.
2) Officer Tim Quinn - Tased me repeatedly and rendered no help as officers Weaver & Nugent beat me.
3) Officer Nugent - Repeatedly punched, kicked and kneed me in the face, back and head while arresting me
4) As a result of these actions I was left paralized temporarily until surgery was performed. There are many lifelong effects as a result of these officers' actions.

_____
_____
_____
_____
_____

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? **NO**

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes ( ) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ) No ( )

C. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

D. If your answer is NO, explain why not: _____
_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

To HAVE THESE OFFICERS HELD ACCOUNTABLE FOR THIER ACTIONS & COMPENSATED FOR THE INJURIES, PAIN & SUFFERING $3,000,000.00 TRIAL BY JURY

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

4-15-10
(Date)

Richard A. Hall Pro Se
(Signature of Plaintiff)