IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD A HALL,
    Plaintiff
    v.
THOMAS WEAVER, et al.,
    Defendants

Case No. 3:10-cv-101-KRG-KAP

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 8, 2011, docket no. 40, recommending that defendant Allegheny County's motion to dismiss, docket no. 29, be granted.

The parties were notified pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. No one filed objections and the time to do so has expired.

Upon review of the record of this matter, the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 25th day of March, 2011, it is

ORDERED that defendant Allegheny County's motion to dismiss, docket no. 29, is granted and it is dismissed from this action. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Richard A. Hall JV-9472
S.C.I. Pittsburgh
P.O. Box 99901
Pittsburgh, PA 15233